

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2021

No. 04-20-00129-CV

Guangcun **HUANG**,
Appellant

v.

Linman **CHANG**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12481
Honorable Peter Sakai, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Beth Watkins, Justice
             Lori I. Valenzuela, Justice

Appellant's Further Motion for Rehearing is **DENIED**.  *See* TEX. R. APP. P. 49.3.

_____
Beth Watkins, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court